

# State of Missouri

## Rebecca McDowell Cook, Secretary of State
### P.O. Box 778, Jefferson City, Mo. 65102
## Corporation Division

## Application for Registration or Amendment
## of a Foreign Limited Partnership in Missouri
(Submit in duplicate with filing fee of $105.00) (Amendment $25.00)

(1) The name of the foreign limited partnership is:

Cedar Fair, L.P.

(2) The name it will use in Missouri is: (must include L.P. or Limited Partnership in name)

Cedar Fair, L.P.

(3) The limited partnership was formed in the state of __Delaware__ on the date of __5/28/87__.

(4) The name and address (including street, city and zip code) of the limited partnership's registered agent in this state is:

Thomas H. Stahl    1700 City Center Sq., 1100 Main    Kansas City, MO 64105

Name      Address      City/State/Zip

(5) The address of the office required to be maintained in the state of its organization by the laws of that state or if not required, state the address or the principal office of the foreign limited partnership:

Cedar Fair, L.P.    P.O. Box 5006    Sandusky, OH 44871-8006

Name      Address      City/State/Zip

(6) List all general partners (with business addresses):

Cedar Fair Management Company

P.O. Box 5006

Sandusky, OH 44871-8006

Name      Address      City/State/Zip

(7) The address of the office at which a list of the names and addresses and capital contributions of limited partners is kept:

Cedar Fair, L.P.    P.O. Box 5006    Sandusky, OH 44871-8006

Name      Address      City/State/Zip

In affirmation thereof, the facts stated above are true.

## FILED
### JUL 25 1995

CEDAR FAIR MANAGEMENT COMPANY

General Partner

By: _____

Name: Thomas W. Salamone

Title: Treasurer

LP #42 (12-94)

Rebecca McDowell Cook
SECRETARY OF STATE

Case 4:20-cv-00633-GAF    Document 1-2    Filed 08/08/20    Page 1 of 7



# STATE OF MISSOURI

**Rebecca McDowell Cook**
**Secretary of State**

### CERTIFICATE OF FOREIGN LIMITED PARTNERSHIP

WHEREAS,
CEDAR FAIR, L.P.

USING IN MISSOURI THE NAME
CEDAR FAIR, L.P.

AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE
HAS FILED WITH THIS STATE ITS APPLICATION FOR REGISTRATION AND
WHEREAS THIS APPLICATION FOR REGISTRATION CONFORMS TO THE
MISSOURI REVISED UNIFORM LIMITED PARTNERSHIP ACT;

NOW, THEREFORE, I, REBECCA McDOWELL COOK, SECRETARY OF STATE,
STATE OF MISSOURI, BY VIRTUE OF AUTHORITY VESTED IN ME BY LAW,
DO CERTIFY AND DECLARE THAT ON THE 25TH DAY OF JULY, 1995,
THE ABOVE FOREIGN LIMITED PARTNERSHIP IS DULY AUTHORIZED TO
TRANSACT BUSINESS IN THE STATE OF MISSOURI AND IS ENTITLED
TO ANY RIGHTS GRANTED LIMITED PARTNERSHIPS
UNDER THE MISSOURI REVISED UNIFORM LIMITED
PARTNERSHIP ACT.

IN TESTIMONY WHEREOF, I HAVE SET MY
HAND AND IMPRINTED THE GREAT SEAL OF
THE STATE OF MISSOURI, ON THIS, THE
25TH DAY OF JULY, 1995.

**Secretary of State**

$105.00



# State of Missouri

Jason Kander, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

## Statement of Change of Registered Agent and/or Registered Office
### By a Foreign or Domestic For Profit or Nonprofit Corporation or a Limited Liability Company

---

**Instructions**

1. This form is to be used by either a for profit or nonprofit corporation or a limited liability company to change either or both the name of its registered agent and/or the address of its existing registered agent.

2. There is a $10.00 fee for filing this statement.

3. PO Box may only be used in conjunction with a physical street address.

4. Agent and address must be in the State of Missouri.

5. The corporation may not act as its own agent.

---

Charter #: LF0006633

1. The name of the business entity is   Cedar Fair, L.P.

2. The address, including street and number, of its present registered office (before change) is

11 East Kansas Street, Liberty, Missouri 64068

_Address_ | _City/State/Zip_

3. The address, including street and number, of its registered office is hereby changed to:

2345 Grand Boulevard, Suite 2400, Kansas City, MO 64108

_Address (PO Box may only be used in conjunction with a physical street address)_ | _City/State/Zip_

4. The name of its **present** registered agent (before change) is:  Barrister Services, Inc.

5. The name of the new registered agent is:   Registered Agent, Ltd.

Authorized signature of new registered agent must appear below:

_Thomas H. Stahl, President Registered Agent, Ltd._

_(May attach separate originally executed written consent to this form in lieu of this signature)_

6. The address of its registered office and the address of the business office of its registered agent, as changed, will be identical.

7. The change was duly authorized by the business entity named above.

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

_Authorized signature of officer, member, manager or, if applicable, chairman of the board_     Printed Name  Duffield Milkie

Title  General Counsel     Date  2-7-14

---

Name and address to return filed document:

Name:  Lisa A. Loree, Lathrop & Gage LLP

Address:  2345 GRAND BOULEVARD, SUITE 2400

City, State, and Zip Code:  Kansas City, MO 64112

State of Missouri
Change/Resignation of Agent 1 Page(s)



# State of Missouri

Jason Kander, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

# Registration of Fictitious Name

*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**Please check one box:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ | New Registration | ☐ | Renewal _____ *Charter number* | ☐ | Amendment _____ *Charter number* | ☐ | Correction _____ *Charter number* |

**The undersigned is doing business under the following name and at the following address:**

Business name to be registered:   Worlds of Fun

Business Address:   4545 Worlds of Fun Avenue
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code:   Kansas City, MO  64161

## Owner Information:

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| MILLENNIUM OPERATIONS LLC | FL001417990 | 221 Bolivar Street | Jefferson City, MO | 65101 | |
| MAGNUM MANAGEMENT CORPORATION OHIO | F00462595 | One Cedar Point Drive | Sandusky, OH | 44870 | |
| CEDAR FAIR, L.P. | LF0006633 | PO BOX 5006 | SANDUSKY, OH | 44871 | |

## All owners must affirm by signing below

In Affirmation thereof, the facts stated above are true and correct:

(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

| | | |
|---|---|---|
| MILLENNIUM OPERATIONS LLC - Duffield E. Milkie | MILLENNIUM OPERATIONS LLC - DUFFIELD E. MILKIE | 12/22/2016 |
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

---

Name and address to return filed document:

Name:   Rachel W Holt

Address:   Email: rholt@lathropgage.com

City, State, and Zip Code: _____

Corp. 56 (09/2010)

Creation, Renewal, Correction and Amendment of Fictitious Name


MAGNUM MANAGEMENT CORPORATION OHIO -    MAGNUM MANAGEMENT CORPORATION
Duffield E. Milkie                                               OHIO - DUFFIELD E. MILKIE                          12/22/2016
*Owner's Signature or Authorized Signature of Business Entity*    *Printed Name*                                              *Date*



CEDAR FAIR, L.P. - Duffield E. Milkie                    CEDAR FAIR, L.P. - DUFFIELD E. MILKIE         12/22/2016
*Owner's Signature or Authorized Signature of Business Entity*    *Printed Name*                                              *Date*



## State of Missouri

**Jason Kander, Secretary of State**

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

# Registration of Fictitious Name

*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**Please check one box:**

☒ New Registration ☐ Renewal _____ ☐ Amendment _____ ☐ Correction _____
*Charter number* *Charter number* *Charter number*

**The undersigned is doing business under the following name and at the following address:**

Business name to be registered: __OCEANS OF FUN__

Business Address: __4545 Worlds of Fun Avenue__
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code: __Kansas City, MO 64161__

**Owner Information:**

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| MILLENNIUM OPERATIONS LLC | FL001417990 | 221 Bolivar Street | Jefferson City, MO | 65101 | |
| MAGNUM MANAGEMENT CORPORATION OHIO | F00462595 | One Cedar Point Drive | Sandusky, OH | 44870 | |
| CEDAR FAIR, L.P. | LF0006633 | PO BOX 5006 | SANDUSKY, OH | 44871 | |

**All owners must affirm by signing below**

In Affirmation thereof, the facts stated above are true and correct:

(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

| MILLENNIUM OPERATIONS LLC - Duffield E. Milkie | MILLENNIUM OPERATIONS LLC - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

| Name and address to return filed document: |
|---|
| Name: __Rachel W Holt__ |
| Address: __Email: rholt@lathropgage.com__ |
| City, State, and Zip Code: _____ |

Corp. 56 (09/2010)

Case 4:20-cv-00633-GAF    Document 1-2    Filed 08/08/20    Page 6 of 7

| MAGNUM MANAGEMENT CORPORATION OHIO - Duffield E. Milkie | MAGNUM MANAGEMENT CORPORATION OHIO - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

| CEDAR FAIR, L.P. - Duffield E. Milkie | CEDAR FAIR, L.P. - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

Corp. 56 (09/2010)