

# State of Missouri

Jason Kander, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

## Application for Registration of a Foreign Limited Liability Company

*(Submit with filing fee of $105.00)*

1. The name of the foreign limited liability company is: **Millennium Operations LLC**

2. The name under which the foreign limited liability company will conduct business in Missouri is (must contain "limited company, "limited liability company", "LC", "LLC", "L.C.", or "L.L.C.") (must be filled out if different from line (1)):

3. The foreign limited liability company was formed under the laws of **Delaware** *(state or jurisdiction)* on the date of **12/31/2014** *(month/day/year)*.

4. The purpose of the foreign limited liability company or the general character of the business it proposes to transact in this state is:

   **Operation of an Amusement Park**

5. The name and address of the limited liability company's registered agent in Missouri is (this line <u>must</u> be completed and include a street address):

   **CSC-Lawyers Incorporating Service Company, 221 Bolivar Street, Jefferson City, MO  65101**
   Name / Address (PO Box may only be used in conjunction with a physical street address) / City/State/Zip

   The Secretary of State is appointed agent for service of process if the foreign limited liability company fails to maintain a registered agent. **Note:** failure to maintain a registered agent constitutes grounds to cancel the registration of the foreign limited liability company.

6. The address of the registered office in the jurisdiction organized. If none required, then the principal office address of the foreign limited liability company is:

   **One Cedar Point Drive, Sandusky, OH  44870**
   Address (PO Box may only be used in conjunction with a physical street address) / City/State/Zip

7. This application must include a current certificate of good standing/existence from the secretary of state or other similar official in the state of domicile. Such document should be dated within 60 calendar days from filing.

*(Please see next page)*

Name and address to return filed document:

Name: _____

Address: _____

City, State, and Zip Co _____

ORI-10182016-2308 State of Missouri
No of Pages 3 Pages

Creation - LLC/LP/LLP

8. ☐ Series LLC (OPTIONAL) Pursuant to Section 347.186, the foreign limited liability company may establish a designated series in its operating agreement. The names of the series must include the full name of the limited liability company under which it has been admitted to transact business in this state and are the following:

New Series:
☐ The limited liability company gives notice that the series has limited liability.

New Series:
☐ The limited liability company gives notice that the series has limited liability.

New Series:
☐ The limited liability company gives notice that the series has limited liability.

(Each separate series must also file an Attachment Form LLC 4A.)
In Affirmation thereof, the facts stated above are true and correct.
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

| Authorized Signature | Printed Name | Date |
|---|---|---|
| *[signature]* | Duffield E. Milkie, Director - Magnum Management Corporation, Managing Member | 10/17/16 |
| | | |
| | | |

LLC-4 (08/2013)

# Delaware

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "MILLENNIUM OPERATIONS LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE EIGHTEENTH DAY OF OCTOBER, A.D. 2016.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "MILLENNIUM OPERATIONS LLC" WAS FORMED ON THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2014.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.*

5666597 8300
SR# 20166243271
You may verify this certificate online at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

Authentication: 203175813
Date: 10-18-16

# STATE OF MISSOURI



## Jason Kander
## Secretary of State

CERTIFICATE OF REGISTRATION

WHEREAS,

### *MILLENNIUM OPERATIONS LLC*
### *FL001417990*

existing under the laws of the State of Delaware has filed with this state its Application of Registration and whereas this Application of Registration conforms to the Missouri Limited Liability Company Act.

NOW, THEREFORE, I, JASON KANDER, Secretary of State of the State of Missouri, by virtue of the authority vested in me by law, do hereby certify and declare that on the 18th day of October, 2016, the above Foreign Limited Liability Company is duly authorized to transact business in the State of Missouri and is entitled to any rights granted Limited Liability Companies.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 18th day of October, 2016.

Secretary of State





**State of Missouri**
John R. Ashcroft, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

FL001417990
Date Filed: 2/9/2017
John R. Ashcroft
Missouri Secretary of State

# Statement of Change of Registered Agent and/or Registered Office
## By a Foreign or Domestic For Profit or Nonprofit Corporation or a Limited Liability Company

| Instructions |
|---|
| 1. This form is to be used by either a for profit or nonprofit corporation or a limited liability company to change either or both the name of its registered agent and/or the address of its existing registered agent. |
| 2. There is a $10.00 fee for filing this statement. |
| 3. PO Box may only be used in conjunction with a physical street address. |
| 4. Agent and address must be in the State of Missouri. |
| 5. The corporation may not act as its own agent. |

Charter # FL001417990

1. The name of the business entity is   MILLENNIUM OPERATIONS LLC

2. The address, including street and number, of its present registered office (before change) is

   221 Bolivar Street                                             Jefferson City MO 65101
   *Address*                                                       *City/State/Zip*

3. The address, including street and number, of its registered office is hereby changed to:

   2345 Grand Blvd., Suite 2400                                   Kansas City MO 64108
   *Address (PO Box may only be used in conjunction with a physical street address)*   *City/State/Zip*

4. The name of its **present** registered agent (before change) is:   CSC-LAWYERS INCORPORATING SERVICE COMPANY

5. The name of the **new** registered agent is:   REGISTERED AGENT, LTD.

   Authorized signature of **new** registered agent **must** appear below:
   REGISTERED AGENT, LTD.
   *(May attach separate originally executed written consent to this form in lieu of this signature)*

6. The address of its registered office and the address of the business office of its registered agent, as changed, will be identical.

7. The change was duly authorized by the business entity named above.

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

Duffield Milkie                                                   DUFFIELD MILKIE
*Authorized signature of officer, member, manager or, if applicable, chairman of the board*   *Printed Name*

Manager                                                           02/09/2017
*Title*                                                           *Date*

| Name and address to return filed document: |
|---|
| Name:   Lisa A Loree |
| Address:   Email: lloree@lathropgage.com |
| City, State, and Zip Code: |

Corp. 59 (12/2010)

Case 4:20-cv-00633-GAF     Document 1-3     Filed 08/08/20     Page 5 of 11



# State of Missouri
John R. Ashcroft, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

## Statement of Change of Registered Agent and/or Registered Office
## By a Foreign or Domestic For Profit or Nonprofit Corporation or a Limited Liability Company

---
**Instructions**
1. This form is to be used by either a for profit or nonprofit corporation or a limited liability company to change either or both the name of its registered agent and/or the address of its existing registered agent.
2. There is a $10.00 fee for filing this statement.
3. PO Box may only be used in conjunction with a physical street address.
4. Agent and address must be in the State of Missouri.
5. The corporation may not act as its own agent.

---

Charter #: FL001417990

1. The name of the business entity is Millennium Operations LLC

2. The address, including street and number, of its present registered office (before change) is

221 Bolivar Street, Jefferson City, MO 65101
*Address*                      *City/State/Zip*

3. The address, including street and number, of its registered office is hereby changed to:

2345 Grand Boulevard, Suite 2800, Kansas City, MO 64108
*Address (PO Box may only be used in conjunction with a physical street address)*    *City/State/Zip*

4. The name of its present registered agent (before change) is: CSC-Lawyers Incorporating Service Company

5. The name of the new registered agent is: Registered Agent, Ltd.

Authorized signature of new registered agent must appear below:

_____ Lisa A. Loree, Secretary
*(May attach separate originally executed written consent to this form in lieu of this signature)*

6. The address of its registered office and the address of the business office of its registered agent, as changed, will be identical.

7. The change was duly authorized by the business entity named above.

*(Please see next page)*

---
Name and address to return filed document:

Name: Lisa A. Loree

Address: Lathrop & Gage, LLP 2345 Grand Blvd. #2400

City, State, and Zip Code: Kansas City, MO 64108

---

Corp. 59 (01/2017)

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040. RSMo)

By: _____  Duffield Milkie
*Authorized signature of officer, member, manager or, if applicable, chairman of the board*  *Printed Name*
Secretary/General Counsel of
Magnum Management Corporation, Managing Member   2-9-2017
*Title*   *Date*

Corp. 59 (01/2017)



**State of Missouri**
Jason Kander, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

X001272239
Date Filed: 12/22/2016
Expiration Date: 12/22/2021
Jason Kander
Missouri Secretary of State

# Registration of Fictitious Name

*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**Please check one box:**

☒ New Registration  ☐ Renewal _____ Charter number  ☐ Amendment _____ Charter number  ☐ Correction _____ Charter number

**The undersigned is doing business under the following name and at the following address:**

Business name to be registered: Worlds of Fun

Business Address: 4545 Worlds of Fun Avenue
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code: Kansas City, MO 64161

**Owner Information:**

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| MILLENNIUM OPERATIONS LLC | FL001417990 | 221 Bolivar Street | Jefferson City, MO | 65101 | |
| MAGNUM MANAGEMENT CORPORATION OHIO | F00462595 | One Cedar Point Drive | Sandusky, OH | 44870 | |
| CEDAR FAIR, L.P. | LF0006633 | PO BOX 5006 | SANDUSKY, OH | 44871 | |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

| MILLENNIUM OPERATIONS LLC - Duffield E. Milkie | MILLENNIUM OPERATIONS LLC - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

Name and address to return filed document:

Name: Rachel W Holt

Address: Email: rholt@lathropgage.com

City, State, and Zip Code: _____

Corp. 56 (09/2010)

Creation, Renewal, Correction and Amendment of Fictitious Name

| MAGNUM MANAGEMENT CORPORATION OHIO - Duffield E. Milkie | MAGNUM MANAGEMENT CORPORATION OHIO - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

| CEDAR FAIR, L.P. - Duffield E. Milkie | CEDAR FAIR, L.P. - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

Corp. 56 (09/2010)



**State of Missouri**
Jason Kander, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

X001272240
Date Filed: 12/22/2016
Expiration Date: 12/22/2021
Jason Kander
Missouri Secretary of State

# Registration of Fictitious Name

*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**Please check one box:**

☒ New Registration   ☐ Renewal _____ *Charter number*   ☐ Amendment _____ *Charter number*   ☐ Correction _____ *Charter number*

**The undersigned is doing business under the following name and at the following address:**

Business name to be registered: OCEANS OF FUN

Business Address: 4545 Worlds of Fun Avenue
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code: Kansas City, MO 64161

**Owner Information:**

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| MILLENNIUM OPERATIONS LLC | FL001417990 | 221 Bolivar Street | Jefferson City, MO | 65101 | |
| MAGNUM MANAGEMENT CORPORATION OHIO | F00462595 | One Cedar Point Drive | Sandusky, OH | 44870 | |
| CEDAR FAIR, L.P. | LF0006633 | PO BOX 5006 | SANDUSKY, OH | 44871 | |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

| MILLENNIUM OPERATIONS LLC - Duffield E. Milkie | MILLENNIUM OPERATIONS LLC - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

---

Name and address to return filed document:

Name: Rachel W Holt

Address: Email: rholt@lathropgage.com

City, State, and Zip Code:

Corp. 56 (09/2010)

Creation, Renewal, Correction and Amendment of Fictitious Name

| MAGNUM MANAGEMENT CORPORATION OHIO - Duffield E. Milkie | MAGNUM MANAGEMENT CORPORATION OHIO - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

| CEDAR FAIR, L.P. - Duffield E. Milkie | CEDAR FAIR, L.P. - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

Corp. 56 (09/2010)