

# State of Missouri
Jason Kander, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

File Number: F00462595
Date Filed: 02/24/2014
Jason Kander
Secretary of State

## Statement of Change of Registered Agent and/or Registered Office
### By a Foreign or Domestic For Profit or Nonprofit Corporation or a Limited Liability Company

**Instructions**
1. This form is to be used by either a for profit or nonprofit corporation or a limited liability company to change either or both the name of its registered agent and/or the address of its existing registered agent.
2. There is a $10.00 fee for filing this statement.
3. PO Box may only be used in conjunction with a physical street address.
4. Agent and address must be in the State of Missouri.
5. The corporation may not act as its own agent.

Charter #: F00462595

1. The name of the business entity is Magnum Management Corporation Ohio and Magnum Management Corporation

2. The address, including street and number, of its present registered office (before change) is
11 East Kansas Street, Liberty, MO 64068
*Address* *City/State/Zip*

3. The address, including street and number, of its registered office is hereby changed to:
2345 Grand Blvd., Suite 2400, Kansas City, MO 64108
*Address (PO Box may only be used in conjunction with a physical street address)* *City/State/Zip*

4. The name of its **present** registered agent (before change) is: Barrister Services, Inc.

5. The name of the **new** registered agent is: Registered Agent, Ltd.

Authorized signature of new registered agent must appear below:

_Thomas H Stahl    President Registered Agent Ltd_

*(May attach separate originally executed written consent to this form in lieu of this signature)*

6. The address of its registered office and the address of the business office of its registered agent, as changed, will be identical.

7. The change was duly authorized by the business entity named above.

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

_Duffield Milkie_   Duffield Milkie
*Authorized signature of officer, member, manager or, if applicable, chairman of the board*   *Printed Name*

General Counsel     2-7-14
*Title*              *Date*

Name and address to return filed document:

Name: Lisa A. Loree, Lathrop & Gage LLP
Address: 2345 Grand Blvd., Suite 2400
City, State, and Zip Code: Kansas City, MO 64108

State of Missouri
Change/Resignation of Agent 1 Page(s)

T1405656072

# John R. Ashcroft Secretary of State
## 2018-2019 BIENNIAL REGISTRATION REPORT
BUSINESS

**F00462595**
**Date Filed: 6/21/2018**
**John R. Ashcroft**
**Missouri Secretary of State**

☒ I ELECT TO FILE A BIENNIAL REGISTRATION REPORT

*SECTION 1, 3 & 4 ARE REQUIRED

REPORT DUE BY: **7/31/2018**

RENEWAL MONTH: **APRIL**

☐ I OPT TO CHANGE THE CORPORATION'S RENEWAL MONTH TO ___ FOR A $25.00 FEE

**F00462595**
**MAGNUM MANAGEMENT CORPORATION OHIO**
**REGISTERED AGENT LTD.**
**2345 GRAND BLVE., SUITE 2400**
**KANSAS CITY MO 64108**

**1** PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:
One Cedar Point Drive (Required)

STREET
Sandusky    OH    44870
CITY / STATE    ZIP

**2** If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent ___
IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address ___
Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

**3**

| OFFICERS (A) | | BOARD OF DIRECTORS (B) | |
|---|---|---|---|
| NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). MUST LIST PRESIDENT AND SECRETARY BELOW | | NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). MUST LIST AT LEAST ONE DIRECTOR BELOW | |
| **PRESIDENT** | Zimmerman, Richard A | **NAME** | Zimmerman, Richard A |
| STREET | One Cedar Point Drive | STREET | One Cedar Point Drive |
| CITY/STATE/ZIP | Sandusky OH 44870 | CITY/STATE/ZIP | Sandusky OH 44870 |
| **SECRETARY** | Milkie, Duffield E | **NAME** | Fisher, Tim V |
| STREET | One Cedar Point Drive | STREET | One Cedar Point Drive |
| CITY/STATE/ZIP | Sandusky OH 44870 | CITY/STATE/ZIP | Sandusky OH 44870 |
| **VICE PRESIDENT** | Fisher, Tim V | **NAME** | Milkie, Duffield E |
| STREET | One Cedar Point Drive | STREET | One Cedar Point Drive |
| CITY/STATE/ZIP | Sandusky OH 44870 | CITY/STATE/ZIP | Sandusky OH 44870 |
| **TREASURER** | Witherow, Brian C | **NAME** | Witherow, Brian C |
| STREET | One Cedar Point Drive | STREET | One Cedar Point Drive |
| CITY/STATE/ZIP | Sandusky OH 44870 | CITY/STATE/ZIP | Sandusky OH 44870 |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

**4** The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable.

Authorized party or officer sign here: **Thomas H Stahl** (Required)

Please print name and title of signer: **Thomas H Stahl** / **Other**
NAME / TITLE

REGISTRATION REPORT FEE IS:
__$40.00 If filed on or before 7/31/2018
__$55.00 If filed on or before 8/31/2018
__$70.00 If filed on or before 9/30/2018
__$85.00 If filed on or before 10/31/2018
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL): ___

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 1366, Jefferson City, MO 65102



**State of Missouri**
Jason Kander, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

X001272239
Date Filed: 12/22/2016
Expiration Date: 12/22/2021
Jason Kander
Missouri Secretary of State

# Registration of Fictitious Name

*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**Please check one box:**

☒ New Registration  ☐ Renewal _____ Charter number  ☐ Amendment _____ Charter number  ☐ Correction _____ Charter number

**The undersigned is doing business under the following name and at the following address:**

Business name to be registered: Worlds of Fun

Business Address: 4545 Worlds of Fun Avenue
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code: Kansas City, MO 64161

**Owner Information:**

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| MILLENNIUM OPERATIONS LLC | FL001417990 | 221 Bolivar Street | Jefferson City, MO | 65101 | |
| MAGNUM MANAGEMENT CORPORATION OHIO | F00462595 | One Cedar Point Drive | Sandusky, OH | 44870 | |
| CEDAR FAIR, L.P. | LF0006633 | PO BOX 5006 | SANDUSKY, OH | 44871 | |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct:
*(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)*

| MILLENNIUM OPERATIONS LLC - Duffield E. Milkie | MILLENNIUM OPERATIONS LLC - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

Name and address to return filed document:

Name: Rachel W Holt

Address: Email: rholt@lathropgage.com

City, State, and Zip Code: _____

Corp. 56 (09/2010)

Creation, Renewal, Correction and Amendment of Fictitious Name

| MAGNUM MANAGEMENT CORPORATION OHIO - Duffield E. Milkie | MAGNUM MANAGEMENT CORPORATION OHIO - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

| CEDAR FAIR, L.P. - Duffield E. Milkie | CEDAR FAIR, L.P. - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

Corp. 56 (09/2010)



**State of Missouri**
Jason Kander, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

X001272240
Date Filed: 12/22/2016
Expiration Date: 12/22/2021
Jason Kander
Missouri Secretary of State

# Registration of Fictitious Name

*(Submit with filing fee of $7.00)*
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**Please check one box:**

☒ New Registration ☐ Renewal _____ ☐ Amendment _____ ☐ Correction _____
               *Charter number*         *Charter number*              *Charter number*

**The undersigned is doing business under the following name and at the following address:**

Business name to be registered: __OCEANS OF FUN__

Business Address: __4545 Worlds of Fun Avenue__
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code: __Kansas City, MO  64161__

**Owner Information:**

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number | City and State | Zip Code | If Listed, Percentage of Ownership Must Equal 100% |
|---|---|---|---|---|---|
| MILLENNIUM OPERATIONS LLC | FL001417990 | 221 Bolivar Street | Jefferson City, MO | 65101 | |
| MAGNUM MANAGEMENT CORPORATION OHIO | F00462595 | One Cedar Point Drive | Sandusky, OH | 44870 | |
| CEDAR FAIR, L.P. | LF0006633 | PO BOX 5006 | SANDUSKY, OH | 44871 | |

**All owners must affirm by signing below**
In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)

| MILLENNIUM OPERATIONS LLC - Duffield E. Milkie | MILLENNIUM OPERATIONS LLC - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

Name and address to return filed document:

Name: __Rachel W Holt__

Address: __Email: rholt@lathropgage.com__

City, State, and Zip Code: _____

Corp. 56 (09/2010)

Creation, Renewal, Correction and Amendment of Fictitious Name

| MAGNUM MANAGEMENT CORPORATION OHIO - Duffield E. Milkie | MAGNUM MANAGEMENT CORPORATION OHIO - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

| CEDAR FAIR, L.P. - Duffield E. Milkie | CEDAR FAIR, L.P. - DUFFIELD E. MILKIE | 12/22/2016 |
|---|---|---|
| *Owner's Signature or Authorized Signature of Business Entity* | *Printed Name* | *Date* |

Corp. 56 (09/2010)