EEOC FORM 131-A (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| **CEDAR FAIR, L.P. (WORLDS OF FUN/OCEANS OF FUN-MAGNUM ENT.)**<br>4545 World Of Fun Avenue<br>Kansas City, MO 64117 | **PERSON FILING CHARGE**<br><br>**Steven F. Murphy**<br><br>THIS PERSON *(check one or both)*<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>EEOC CHARGE NO.<br>**28E-2019-01240**<br><br>FEPA CHARGE NO.<br>**E-07/19-51161** |

## NOTICE OF CHARGE OF DISCRIMINATION IN JURISDICTION WHERE A FEP AGENCY WILL INITIALLY PROCESS
*(See the enclosed for additional information)*

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

[ ] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [X] The Americans with Disabilities Act (ADA)

[X] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

HAS BEEN RECEIVED BY

[ ] The EEOC and sent for initial processing to _____ *(FEP Agency)*

[X] The **Missouri Commission On Human Rights** and sent to EEOC for dual filing purposes.
*(FEP Agency)*

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII, ADA or GINA charge) to investigate this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC. This likelihood is increased by your active cooperation with the Agency.

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency. For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

Enclosure(s): Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[ ] Race   [ ] Color   [ ] Sex   [ ] Religion   [ ] National Origin   [X] Age   [X] Disability   [X] Retaliation   [ ] Genetic Information   [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| July 15, 2019 | **Lloyd J. Vasquez, Jr.,**<br>**District Director** | |

Case 4:20-cv-00633-GAF   Document 1-5   Filed 08/08/20   Page 1 of 7

*Enclosure with EEOC Form 131-A (11/09)*

# INFORMATION ON CHARGES OF DISCRIMINATION

## EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

**Section 1602.14  Preservation of records made or kept.** . . . . Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge*, for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 207(f) of GINA, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

## NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.



**MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS**

# MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON<br>GOVERNOR | ANNA S. HUI<br>DEPARTMENT DIRECTOR | Melody A. Smith Ed.D<br>Acting COMMISSION CHAIR | ALISA WARREN, PH.D.<br>EXECUTIVE DIRECTOR |

## NOTICE THAT A COMPLAINT HAS BEEN FILED

July 15, 2019

Edward A. Stump
204 W. Linwood Boulevard,
Kansas City, MO 64111

RE: Steven F. Murphy v. CEDAR FAIR, L.P. (WORLDS OF FUN/OCEANS OF FUN-MAGNUM ENT.)
E-07/19-51161; 28E-2019-01240C

This is to inform you the enclosed complaint alleging employment discrimination has been dually filed with the Missouri Commission on Human Rights (MCHR) and the federal Equal Employment Opportunity Commission (EEOC). **Please keep this letter for future reference.**

This complaint will be investigated by MCHR. You are encouraged to cooperate fully in the investigation. An investigator from our agency will be in contact with you. Please keep in mind:

- It is VERY IMPORTANT you keep us informed of any change in your address, telephone numbers or email address. The preferred method of contact is email.
- In determining if a violation of the law occurred, the Executive Director will consider all facts and evidence provided by you and Respondent in the course of the investigation.
- We have already requested Respondent's response to your complaint. When your case is assigned, the investigator will contact you to discuss your allegations and the response.
- The parties are encouraged to consider settling this complaint on mutually agreeable terms. Please keep us informed if you and Respondent resolve your complaint.
- *If* a questionnaire is enclosed, then please complete and mail it to me by REGULAR, FIRST-CLASS MAIL ONLY at the address marked below.

Due to limited resources and an increase in the volume of complaints, MCHR is experiencing significant delays in assigning cases to investigators. While we are making every effort to assign the complaints to investigators in a timely manner, it will be a number of months before your complaint is assigned. We apologize for the anticipated delay and thank you for your patience.

If you have any questions, my email address is listed below. Thank you.

Kristy Lambert, J.D., Unit Supervisor - Kristy.Lambert@labor.mo.gov

Enclosures: copy of complaint, General information Sheet

### *NOTICE OF STATUTE PROHIBITING RETALIATION*
It shall be an unlawful practice for any employer, labor organization, or employment agency to discharge, expel, or otherwise discriminate against any person because he or she has opposed any practices forbidden under this law or because he or she has filed a complaint, testified, or assisted in any proceeding under Chapter 213, RSMo. as amended.

| ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|
| 3315 W. TRUMAN BLVD.<br>P.O. Box 1129<br>JEFFERSON CITY, MO 65102-1129<br>PHONE: 573-751-3325<br>FAX: 573-751-2905 | 111 N. 7TH STREET, SUITE 903<br>ST. LOUIS, MO 63101-2100<br>PHONE: 314-340-7590<br>FAX: 314-340-7238 | P.O. Box 1300<br>OZARK, MO 65721-1300 | 1410 GENESSEE, SUITE 260<br>KANSAS CITY, MO 64102-1047<br>FAX: 816-889-3582 | 106 ARTHUR STREET<br>SUITE D<br>SIKESTON, MO 63801-5454<br>FAX: 573-472-5321 |

Relay Missouri: 1-800-735-2966 (TDD)  1-800-735-2466 (Voice)
www.labor.mo.gov/mohumanrights   E-Mail: mchr@labor.mo.gov

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:    Agency(ies) Charge No(s):

[X] FEPA E-07/19-5116l
[X] EEOC 28E-2019-01240C

Missouri Commission On Human Rights    and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Steven F. Murphy | (816) 627-9668 | 07/13/1971 |

| Street Address | City, State and ZIP Code | County |
|---|---|---|
| 3107 NE Russell Road, | Kansas City, Missouri, 64117 | Clay |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Cedar Fair, L.P. (Worlds of Fun/Ocean of Fun- Magnum Entertainment) | 15+ | (816) 454-4545 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4545 World of Fun Ave. | Kansas City, Missouri, 64117 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [X] AGE   [X] DISABILITY   [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE: 1/1/18–1/14/19

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See Attached Page with Statement of Particulars

See Attached Page with desired remedy and corrective actions sought any request for damages.

FILED

JUL 03 2019

MO Commission on Human Rights
Jefferson City Office

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

x 01-28-19   x [signature]
Date   Charging Party Signature
SF Murphy

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

DOMINICA LEONE
Notary Public - Notary Seal
State of Missouri
Jackson County
Commission # 15469071
My Commission Expires September 02, 2019

Case 4:20-cv-00633-GAF    Document 1-5    Filed 08/08/20    Page 4 of 7

# STEVEN MURPHY STATEMENT OF PARTICULARS TO EEOC/MCHR FORM-5
## (CHARGE OF DISCRIMINATION)

I have major depressive disorder, a service related condition tied to my time in the Army during the Gulf War. This disorder makes it difficult for me to focus on highly detail oriented, office based tasks on a computer in distraction filled environments. I have post traumatic stress disorder, related to both an abusive childhood and childhood sexual assault. The PTSD makes it almost impossible for me to be in confined spaces with high concentrations of people, such as Paradise Falls Complex at Oceans of Fun.

Born: 7/13/91 (Age Discrimination Issue)
Disability: Major Depressive Disorder/PTSD/Anger Disorder

I was Discriminated against and harassed and treated unfairly regarding my age and disability by the following people.

A. Melanie Marie Scholz 05-23-2018 to 01-14-2019
   Oceans of Fun Manager of Aquatics

Assigned a special task which triggered my disability symptoms, then reassigned another task of the same type months later.
Held to a completely different disciplinary standard than the rest of the leadership team and staff.
Paired with coworkers who were known to be hostile to me.
Received a "verbal counseling," that was actually a written warning that included false charges such as assault of a corporate officer.
Younger workers were not targeted or treated like this.

B. Bridgette Bywater 01-10-2018 to 01-14-2019
   Worlds of Fun Director of Park Operations
   Now Cedar Fair Director of Corporate Operations

I was placed on conditional rehire status for the 2019 Season without any reason, and in spite of a good attendance record, and a good performance evaluation by Melanie Scholz. Again being the oldest Life Guard my other co-workers were not subjected to this treatment and being put into a conditional status.

Cut off from full access to the Oceans of Fun - Ellis and Associates Training Portal just days prior to my attending a career development event I was attending at my own expense, impairing my ability to prepare for the training. This again is a situation where me the oldest person and not my younger co-workers were target and treated differently.

Actions that I feel are discriminatory as it relates to my Age and Disability are the following:

1. I was frequently assigned to an area of Oceans of Fun, Paradise Falls, that was known to trigger my symptoms with my post traumatic stress disorder.
2. I was frequently paired with coworkers who were actively hostile towards me.

FILED

JUL 03 2019

MO Commission on Human Rights
Jefferson City Office

3. I was required to check in before I clocked out even though I was a member of the Aquatics Leadership Team. No other Leadership Team members were required to do that.
4. I was frequently deprived of knowledge, resources, and staffing needed to do my job.
5. I was penalized for any failure to perform on my part, while I often had to clean up, fix, and remediate issues left behind by other members of the Leadership Team.
6. I was frequently the subject of rumors spread behind my back concerning my age, mental health, physical ability, and overall fitness to be an Area Aquatics Supervisor.
7. I was denied opportunities I was more than qualified to take advantage of while being relegated to menial tasks.

\*I have major depressive disorder, a service related condition tied to my time in the Army during the Gulf War. This disorder makes it difficult for me to focus on highly detail oriented, office based tasks on a computer in distraction filled environments.
\*I have post traumatic stress disorder, related to both an abusive childhood and childhood sexual assault. The PTSD makes it almost impossible for me to be in confined spaces with high concentrations of people, such as Paradise Falls Complex at Oceans of Fun.

Part of my special task at Oceans was to move a tool, known as the Operational Training Manikin, about the pools. It is a plastic doll with an open mouth and genitals beneath the clothing (usually rotted off). The doll is deeply disturbing to me, as it reminds me of my own trauma. This made it incredibly difficult to do my task without experiencing symptoms that made it difficult to work in the park.

\*I requested Accommodation/Leniency of discipline with my anger issues and PTSD issues.
-I asked to use a computer in a distraction free environment to complete the highly detail oriented part of my job. At a later point, I tried to get released from the task completely due to my issues with the operational training manikin in relation to my past sexual assault.

-I received a partial accommodation to complete the detail oriented task by hand on printed out forms. I could also work outside of the office in a place where I would be able to concentrate. Even then I was frequently interrupted. I did not receive any accommodation for the operational training manikin.

When I complained or asked why I was being treated the way I was I was told:
1. "This is designed to push you outside of your comfort zone, Murphy," Melanie Scholz, frequently through 2018.

2. "This is designed to set you up for success."
3. "We don't have the staffing to perform that task today," Melanie Scholz, along with other members of the supervisory team, making it difficult to get time sensitive tasks completed.
4. "People have a right to vent, Murphy," Melanie Scholz, in relation to the rumors often spread about my performance.
5. "I can't make people get along," Melanie Scholz, in relation to pairing me up with leadership team members who were hostile to me.

FILED

JUL 0 3 2019

MO Commission on Human Rights
Jefferson City Office

Below are examples of my fellow co-workers who were treated differently then I was

1. Cheyanne Jackson, Area Aquatic Supervisor, generally got the best training slots which suited her schedule, could show up late, often intoxicated from the night before, without any consequences. Her mother was friends with Bridgette Bywater, Director of Park Operations, and she would brag about how she had access that the rest of us did not.
2. Christian Howze, Aquatic Supervisor, had access to special treats in the Manager of Aquatics Office that I, and some of my other peers, did not. Was rehired for 2019 Season after his girlfriend and himself harassed myself and my partner online.
3. Colby Roberts, Lifeguard Associate. Sexually harassed a fellow guard, which was handled with a, "coaching session." Also dropped a bucket on a guest's head causing a concussion. Suspended for a day. His sister, Rae Ann Roberts, was friends with Cheyanne Jackson and thus they protected Colby from his own poor choices.
4. No other member of Supervision was required to check in with Melanie Scholz prior to clocking out, nor did they have to give her their whereabouts when they went to neighboring Worlds of Fun. No one faced write ups for disciplinary matters or performance issues.

Simply the younger employees were treated better than me and the management and supervisors would try take me down and harass me by using my PTSD and Depressive and Anger disorder against me.

I seek money damages for loss of wages when I was constructively discharged. I also seek monetary damages for my compensatory and punitive damages.

**FILED**

JUL 0 3 2019

MO Commission on Human Rights
Jefferson City Office