# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
Steven F. Murphy ;
**County of Residence:** Clay County

### Defendant(s):
First Listed Defendant:
Worlds of Fun, LLC. ;
**County of Residence:** Outside This District

Additional Defendants(s):
Cedar Fair, L.P. d/b/a Cedar Fair Entertainment Company, d/b/a Worlds of Fun/Oceans of Fun ;
Millennium Operations, LLC. d/b/a Worlds of Fun/Oceans of Fun ;
Magnum Management Corporation Ohio d/b/a Worlds of Fun/Oceans of Fun ;

**County Where Claim For Relief Arose:** Clay County

### Plaintiff's Attorney(s):
Edward A Stump (Steven Murphy)

P.O. Box 412602
Kansas City, Missouri 64141
**Phone:** 8165503606
**Fax:**
**Email:**
law.offices.edstump@gmail.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 442 Employment

Case 4:20-cv-00633-GAF     Document 1-7     Filed 08/08/20     Page 1 of 2

**Cause of Action:** Through the EEOC Plaintiff brings claims Under the ADA 42 U.S.C Chapter 126 Section 12101 (Discrimination and Harassment) and the ADEA 29. U.S.C. Section 621- 634. (discrimination and Harassment) and Retaliation under the same EEOC/ADA/ADEA.

### Requested in Complaint

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** 350,000.00

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Edward A. Stump

**Date:** 8/8/2020

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.