## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **STEVEN F. MURPHY,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 4:20-CV-00633-GAF** |
| | ) | |
| **WORLDS OF FUN, LLC, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions in Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: Magnum Management Corporation.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation? __X___ Yes _____ No.

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

Magnum Management Corporation is a wholly owned subsidiary of Cedar Fair, L.P.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes __X___ No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

N/A

Dated: October 19, 2020    Respectfully submitted,

*/s/ Rebecca Yocum*
Rebecca Yocum (MO #31149)
David Frye (MO #45071)
Elizabeth Hatting (MO #67337)
LATHROP GPM, LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO  64108-2618
Telephone: (816) 292-2000
Facsimile:  (816) 292-2001
rebecca.yocum@lathropgpm.com
david.frye@lathropgpm.com
elizabeth.hatting@lathropgpm.com

And

David R. Hudson, Esq. (OH #0084988)
Petition for *Pro Hac Vice will be filed*
REMINGER CO., LPA
One Seagate, Suite 1600
Toledo, OH 43604
Telephone: (419) 245-3753
Facsimile:  (419) 243-7830
DHudson@reminger.com

Justin D. Harris (OH #0078252)
Petition for *Pro Hac Vice will be filed*
REMINGER CO., LPA
237 W. Washington Row
Second Floor
Sandusky, Ohio 44870
Telephone: (419) 609-1311
Facsimile: (419) 626-4805
jharris@reminger.com

*Counsel for Defendants*