IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| STEVEN F. MURPHY, | ) | |
|---|---|---|
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:20-CV-00633-GAF |
| | ) | |
| WORLDS OF FUN, LLC, ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**PLAINTIFF STEVEN MURPHY'S RESPONSE TO THE COURTS SHOW CUASE ORDER AND HIS POSITION AS IT RELATES TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD AND RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Plaintiff Steven Murphy by and through his legal counsel of record Attorney Edward A. Stump, in response to the Court's Show Cause Order and for him to provide his position to Defendants' Motion for Extension of Time to Answer Plaintiff's Complaint. In response Plaintiff provides and states the following.

1. Going back and looking at emails Defendants' Counsel did send an email on October 16th, 2020 which also happens to be the birthday of Plaintiff's counsel and he was not working that day nor that weekend.

2. Defendants' Answer to the Plaintiff's Petition was due to be filed on October 21st, 2020.

3. Defendants' counsel filed their Motion for and Extension on Monday October 19th, 2020 without further contacting Plaintiff's Counsel, and without attempts speak with him to ask his opinion or if his client would be willing to stipulate to the Motion for an Extension.

4. Once filed Counsel for Plaintiff advised Plaintiff of the situation and explained it would be a courtesy usually extended when asked and would likely be granted. It was

determined then to not oppose the motion by filing suggestions in opposition which were due 11/2/20.

5. Plaintiff's Counsel did not intend for the non-response to inconvenience the court nor delay in a ruling, but without speaking to Defendants' counsel Plaintiff was going to leave it up to the court to decide.

6. In Response to the Court's Order to Show Cause why the Motion for the Extension should not be granted. Plaintiff does object to the Court allowing Defendants' to have an extension to provide an answer to Plaintiff's Petition/Complaint for Damages in the above case.

RESPECTFULLY SUBMITTED

**LAW OFFICES OF EDWARD A. STUMP, LLC**

By: *Edward A. Stump*

Edward A. Stump (MO #57120)
P.O. Box 412602
Kansas City, Missouri 64141
Telephone: 816-214-5810
Fax: 816-561-9355
Email: law.offices.edstump@gmail.com
ATTORNEY FOR PLAINTIFF

## Certificate of Service

I, the undersigned attorney of record for the Plaintiff, hereby certify that a copy of the forgoing was served upon all persons receiving e-notices in this matter via electronic notification and via email and electronic disc on this the 7th day of November, 2020.

Rebecca S. Yocum     rebecca.yocum@lathropgpm.com, sjackson@lathropgage.com

David R Hudson     dhudson@reminger.com

Justin David Harris     jharris@reminger.com

ATTORNEYS FOR DEFENDANTS

By: *Edward A. Stump*

Attorney For Plaintiff Steven Murphy