# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Steven F. Murphy, | ) |
|       Plaintiff, | ) ) ) |
| v. | )    Case No. 4:20-cv-00633 - GAF |
| Worlds of Fun, LLC, et al., | ) ) ) |
|       Defendants | ) ) |

## DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXHIBITS

Now come Defendants, Worlds of Fun, LLC, Cedar Fair, L.P., Millennium Operations, LLC., and Magnum Management Corporation Ohio ("Defendants"), by and through counsel, Lathrop GPM, LLP, and Reminger Co., L.P.A., and hereby respectfully move this Court exclude Exhibit 1 and Exhibit 2, attached to Plaintiff's Suggestions in Opposition and Alternative Suggestions In Opposition to Defendants' Motion for Judgment on the Pleadings, including any and all references contained therein to said exhibits. A Memorandum in Support is attached hereto, made apart hereof, and incorporated by reference as if fully rewritten herein.

Date: February 1, 2021            Respectfully submitted,

                                            */s/ Rebecca S. Yocum*
                                            Rebecca S. Yocum (MO #31149)
                                            LATHROP GPM, LLP
                                            2345 Grand Blvd., Suite 2200
                                            Kansas City, MO  64108-2618
                                            (816) 460-5657
                                            Rebecca.yocum@lathropgpm.com

                                            and

                                            David R. Hudson (OH# 0084988)
                                            (*Pro Hoc Vice*)
                                            REMINGER CO., L.PA.
                                            One SeaGate, Suite 1600
                                            Toledo, Ohio  43604
                                            Phone (419) 254-1311

Fax (419) 243-7830
dhudson@reminger.com

and

Justin D. Harris (OH# 0078252)
(*Pro Hoc Vice*)
REMINGER CO., L.P.A.
237 W. Washington Row, 2nd Floor
Sandusky, Ohio 44870
Phone: (419) 609-1311
Fax: (419) 626-4805
jharris@reminger.com

*Counsel for Defendants*