## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

Steven F. Murphy,                           )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )     Case No. 4:20-cv-00633 - GAF
                                            )
Worlds of Fun, LLC, et al.,                 )
                                            )
            Defendants.                     )

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXHIBITS

### I.      INTRODUCTION

By way of background, this case arises from a Complaint filed on August 8, 2020 by

Plaintiff, Steven Murphy, against Defendants, Worlds of Fun, LLC, Cedar Fair, L.P., Millennium

Operations, LLC., and Magnum Management Corporation Ohio (hereafter, "Defendants").

Defendants filed an Answer on November 17, 2020, attaching as exhibits certain public records

which are integral to and embraced by Plaintiff's Complaint. Defendants filed their Motion for

Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) on December 18, 2020.

In response, on January 18, 2021, Plaintiff filed Plaintiff's Opposition and Alternative

Suggestions in Opposition to Defendant's Motion for Judgment on the Pleadings ("Opposition"),

which improperly attached the "Declaration of Plaintiff Steven Murphy" and the "Affidavit of

Plaintiff Steven Murphy. *See* Plaintiff's Opposition Reply, Exhibit 1, and Exhibit 2 (hereafter

"Declaration" and "Affidavit", respectively).

Defendants now respectfully request that this court exclude Plaintiff's Declaration and

Affidavit from its consideration upon Defendants' Motion for Judgment on the Pleadings. The facts

and allegations contained in these documents are irrelevant, contradictory, outside the pleadings, and

not properly considered upon Defendant's Motion, such that complete exclusion is necessary and warranted.

## II.     LAW AND ANALYSIS

When considering a motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c), the Court must "'accept as true all factual allegations set out in the complaint' and . . . 'construe the complaint in the light most favorable to [the non-moving party], drawing all inferences in [their] favor.'" *Ashley Cnty., Ark. v. Pfizer, Inc.*, 552 F.3d 659, 665 (8th Cir. 2009) (quoting *Wishnatsky v. Rovner*, 433 F.3d 608, 610 (8th Cir. 2006)). A motion for judgment on the pleadings is reviewed under the same standard as a motion to dismiss under Rule 12(b)(6). *See Clemons v. Crawford*, 585 F.3d 1119, 1124 (8th Cir. 2009).  In addition to the pleadings, the Court may properly consider materials that are necessarily embraced by the pleadings. *Enervations, Inc. v. Minn. Mining & Mfg. Co.*, 380 F.3d 1066, 1069 (8th Cir. 2004).

Although "courts are not strictly limited to the four corners of [the pleadings]," they are restricted to considering the pleadings along with documents "contemplated by or expressly mentioned in [the pleadings]." *Dittmer Props., L.P. v. F.D.I.C.*, 708 F.3d 1011, 1021 (8th Cir. 2013). However, "matters outside the pleadings" may not be considered when evaluating a motion for judgment on the pleadings without turning the motion into one for summary judgment under Rule 56. *McAuley v. Fed. Ins. Co.*, 500 F.3d 784, 787 (8th Cir. 2007). Relevant here, documents which fall outside the pleadings and the documents expressly contemplated by the pleadings are not properly considered upon a Motion for Judgment on the Pleadings, especially where the document did not even exist at the time the pleadings were submitted to the court. *Nat'l Union Fire Ins. Co. v. Donaldson Co.,* No. 10-4948 (JRT/TNL), 2015 U.S. Dist. LEXIS 35499, at *18-19 (D. Minn. Mar. 23, 2015).

In the instant case, Plaintiff has submitted his Declaration and Affidavit in support of his Opposition to Defendants' Motion. However, Plaintiff's Declaration and Affidavit are improper and

immaterial in consideration of Defendant's Motion for Judgment on the Pleadings, given that they consider matters outside the pleadings and the documents expressly contemplated therein. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555, 570, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007). Therefore, they must be excluded from the Court's consideration of Defendants' Motion and stricken entirely from the record.

### III.     CONCLUSION

For the reasons set forth above, Defendants request this court grant the Motion to Exclude Plaintiff's Declaration and Plaintiff's Affidavit from consideration of the pending 12(c) motion.

Date: February 1, 2021                           Respectfully submitted,


                                                 */s/ Rebecca S, Yocum*
                                                 Rebecca S. Yocum (MO #31149)
                                                 LATHROP GPM, LLP
                                                 2345 Grand Blvd., Suite 2200
                                                 Kansas City, MO  64108-2618
                                                 (816) 460-5657
                                                 Rebecca.yocum@lathropgpm.com

                                                 and

                                                 David R. Hudson (OH# 0084988)
                                                 (*Pro Hoc Vice*)
                                                 REMINGER CO., L.PA.
                                                 One SeaGate, Suite 1600
                                                 Toledo, Ohio  43604
                                                 Phone (419) 254-1311
                                                 Fax (419) 243-7830
                                                 dhudson@reminger.com

                                                 and

                                                 Justin D. Harris (OH# 0078252)
                                                 (*Pro Hoc Vice*)
                                                 REMINGER CO., L.P.A.
                                                 237 W. Washington Row, 2nd Floor
                                                 Sandusky, Ohio  44870
                                                 Phone: (419) 609-1311
                                                 Fax:     (419) 626-4805
                                                 jharris@reminger.com

*Counsel for Defendants*