IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STEVEN F. MURPHY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 4:20-CV-00633-GAF |
| ) | |
| WORLDS OF FUN, LLC, ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiff Steven Murphy, by and through his Legal Counsel, and Defendants Cedar Fair L.P., Cedar Fair Management, Inc., World's of Fun LLC, Millennium Operations, LLC, and Magnum Corporation by and through their counsel stipulate to the dismissal with prejudice of the causes of action and claims asserted Plaintiff Steven Murphy against the Defendants Cedar Fair L.P., Cedar Fair Management, Inc., World's of Fun LLC, Millennium Operations, LLC, and Magnum Corporation with each party to bear its own costs.

Respectfully Submitted,

By:/s/ *Edward A. Stump*

Edward A. Stump # 57120
The Law Offices of Edward A. Stump, LLC
P.O. Box 412602
Kansas City, MO 64141
Phone: (816) 214-5810
Mobile: (816) 550-3606
Fax: (816) 561-935
Email: law.offices.edstump@gmail.com

ATTORNEY FOR PLAINTIFF

1

By:/s/ *David R. Huddon*

David R. Hudson
Reminger Co., L.P.A.
One Seagate, Suite 1600
Toledo, OH 43604
Phone: (419) 245-3753
Email: DHudson@reminger.com

ATTORNEY FOR DEFENDANTS

By:/s/ *Rebecca Yocum*

Rebecca Yocum
Lathrop & Gage LLP
2345 Grand Blvd.
Suite 2200
Kansas City, MO 64108
Phone: (816) 292-2000
Email: rebecca.yocum@lathropgpm.com

ATTORNEY FOR DEFENDANTS

2

## Certificate of Service

     I, the undersigned attorney of record for the Plaintiff, hereby certify that a copy of the forgoing was served upon all persons receiving e-notices in this matter via electronic notification and via email on this the 30th day of March, 2021.

Rebecca S. Yocum    rebecca.yocum@lathropgpm.com, sjackson@lathropgage.com

David R Hudson    dhudson@reminger.com

Justin David Harris    jharris@reminger.com

ATTORNEYS FOR DEFENDANTS

By: *Edward A. Stump*

        Edward A. Stump for Plaintiff